# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF KANSAS

**TC HULETT JR,**              )
                               )
      **Plaintiff,**
**vs**                         )

**Kansas Emergency Rental Assistance Program ET AL**

1. SHELTER

Kansas Kansas Emergency Rental Assistance Program Violated my human right

Federal Statutes and Court Decisions Interpreting Statutes The federal Fair Housing Act, contained within Title VIII of the Civil Rights Act of 1968, provides that "[a]n aggrieved person may commence a civil action in an appropriate United States district court or State court[.]" 42 U.S.C. § 3613 (a)(1)(A). Further, "[u]pon application by a person alleging a discriminatory housing practice or a person against whom such a practice is alleged, the court may . . . appoint an attorney for such person[.]"

42 U.S.C. § 3613(b)(1).

**Under the "Little Tucker Act," 28 U.S.C. § 1346,**

These 42 U.S.C. §1981 through 42 U.S.C. §1983 claims are brought under the Ex parte Young federal common law doctrine, and therefore Hulett Limits his requested relief resulting from these claimed violations only to, emotional distress damages, attorney's fees (42 U.S.C. §1988), litigation expenses, and costs.

- *"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws,"* **it reads.**

- **July 9, 1867 the 14th Amendment became part of the U.S. Constitution.** , the Senate added a citizenship clause that read, "All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the States wherein they reside."
- **As ultimately ratified, the Equal Protection Clause uses sweeping, universal language, protecting *all* persons from discrimination.**
- **A violation of Executive Orders 12674 and 12731**
- **would occur when a government employee engages in unethical conduct, such as using their position for personal gain, accepting bribes, showing favoritism, engaging in conflicts of interest with outside employment, failing to disclose relevant information, or not acting with impartiality in their official duties, as these orders outline the ethical standards expected of federal employees.**
- . Post 1985 Amendments, position of U.S. "means, in addition to the position taken by the United States in the civil action, the action or failure to act by the agency upon which the civil action is based." 28 U.S.C. § 2412(a) (2) (D)
- The Supreme Court in *Meyer v. Nebraska* stated "[liberty] denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common `law as essential to the orderly pursuit of happiness by free men.`"

Factual Allegations – TC Hulett Jr 42 U.S.C. §1983 (or 42 U.S.C. §1981) Claims.

# Ex, A

## Application #87225 Status Updated Inbox

Search for all messages with label Inbox
Remove label Inbox from this conversation



**Kansas Emergency Rental Assistance Program**
<do_not_reply@kera.kshousingcorp.org>

Application #87225 Status Updated

Dear TC :

Tue, Oct 4, 2022, 11:32 AM

Wed, Oct 5, 2022, 3:06 PM

Your application status has been updated!

Your new application status is:

## Funding Approved :

*Kansas Emergency Rental Assistance has approved the application and is in the process of sending out the money*

Regards,

Kansas Emergency Rental Assistance

These are the selfish actors that contributed to my deprivation of liberty and added to me getting assaulted nov 4-6 2022

# KANSAS HOUSING

## 611 S KANSAS AVE SUITE 300, TOPEKA, KS 66603

(785) 217-2001

## CONTACT US

### CAREERS

### PUBLIC NOTICES

### CORE VALUES

### CODE OF ETHICS

### OPEN RECORDS POLICY

Respectfully submitted,
s/ Tc Hulett Jr
Tc Hulett Jr
PROPRIA PERSONA


705 Virginia Ave
Kansas City, MO 64103
Email:justice4tchulettjr@gmail.com